Pine E. Bush v. Marion Bush.— Motion granted.  Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

William A. Brady v. Abraham L. Erlanger.— Motion denied, with ten dollars costs.  Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

McClure Newspaper Syndicate v. Times Printing Company of Seattle.— Motion denied, with ten dollars costs.  Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

In the Matter of Voron & Chait, Incorporated.— Appeal dismissed, unless appellant complies with terms stated in memorandum per curiam. Order to be settled on notice.  Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Fenella Burrell v. The City of New York.— Motion denied, with ten dollars costs.  Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

In the Matter of Michael H. Harris.— Additional charges referred to Hon. John J. Freedman, official referee.  Order to be settled on notice. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

In the Matter of William H. Maginnis.— Respondent disbarred.  Order to be settled on notice.  Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

In the Matter of Albert E. Rahm—Referred to Hon. Henry A. Gildersleeve, official referee.  Order to be settled on notice.  Present— Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

In the Matter of Albert E. Rahm.— Motion granted in so far as to authorize a commission to issue to a commissioner in the city of Washington, D. C., to take testimony upon written interrogatories to be annexed to the commission; petitioner to be allowed to join in the commission.   In other respects, motion denied.  No stay of proceedings granted.  Order to be settled on notice.  Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

In the Matter of Amos H. Evans.— Referred to Hon. John J. Freedman, official referee.  Order to be settled on notice.  Present— Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Eugene C. Williams v. St. Christopher Club of New York, Incorporated. — Motion denied with ten dollars costs, and stay contained in order to show cause of November nineteenth, vacated.  Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Max Miller.— Referee's report approved.  Order to be settled on notice.  Present— Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

In the Matter of Albert J. Rifkind.— Referred to Hon. H. A. Gildersleeve, official referee.   Order to be settled on notice.   Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Augustus G. Vanderpoel.— Referred to Hon. John J. Freedman, official referee.   Order to be settled on notice.   Present— Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Application of The City of New York, Respondent,

Relative to Acquiring Title, etc., for the Opening and Extending of Benon Avenue, etc. Charles Van Riper, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Enoch Barnett, Respondent, v. Holbrook, Cabot & Rollins Corporation, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied on *Kuloschik* v. *Holbrook, Cabot & Rollins Corporation* (163 App. Div. 938). Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Ida R. Whipple, Appellant, v. The Prudential Insurance Company of America, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Scott and Hotchkiss, JJ., dissented.

Theodore Nesteruk, as Administrator, etc., Respondent, v. Harris Witkin, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.

Adolf Malman, Respondent, v. Babcock & Wilcox Company, Appellant. — Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the evidence does not sustain the finding that the defendant was negligent. Order to be settled on notice. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.

Torrence M. Burtnett, Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.; Clarke, J., dissented.

Elizabeth B. Colt, Appellant, v. Harris D. Colt, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to amend on payment of costs. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.; Clarke and Scott, JJ., dissented on *De Brauwere* v. *De Brauwere* (203 N. Y. 463).

Wisner B. Martin, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.

National Surety Company, Respondent, v. Lecky & Ruffin, Incorporated, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York, Respondent, v. James Paternostro, Appellant.— Judgment affirmed. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York, Respondent, v. Alfred Bradley (True Name Alexander Roworth), Appellant.— Judgment affirmed. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.

Edith V. Gardiner, Appellant, Respondent, v. The New York Central and Hudson River Railroad Company, Respondent, Appellant.— Judgment reversed, new trial ordered, costs to defendant to abide event, unless plaintiff stipulates to reduce the verdict to the sum of fifty dollars; in which event the judgment as so reduced is affirmed, with costs of appeal to defendant, appellant. (See *Gardiner* v. *N. Y. C. & H. R. R. R. Co.*, 201